# Notice Recipients

District/Off: 0209–1       User: admin       Date Created: 07/12/2026

Case: 1–26–10927–BUC       Form ID: cmo13       Total: 3

**Recipients of Notice of Electronic Filing:**

tr       Julie Philippi       ecfbuffalo13@gmail.com

aty       Peter D. Grubea       court@grubealaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db       Nicholas M. Groff       9138 Shantz Avenue       Niagara Falls, NY 14304

TOTAL: 1