# Notice Recipients

District/Off: 0209–1      User: admin     Date Created: 7/14/2026

Case: 1–26–10927–BUC     Form ID: 309I     Total: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Nicholas M. Groff | 9138 Shantz Avenue | Niagara Falls, NY 14304 | | |
| tr | Julie Philippi | Chapter 13 and Chapter 12 Trustee | 170 Franklin St. | Suite 600 | Buffalo, NY 14202 |
| aty | Peter D. Grubea | Law Office of Peter D. Grubea | 6225 Sheridan Drive | Suite 203 | Williamsville, NY 14221 |
| 22102181 | Bowditch Law Firm | 446 Main St., Suite 1101 | Worcester, MA 01608 | | |
| 22102182 | Credence Resource Management, LLC | Attn: Bankruptcy | Po Box 2300 | Southgate, MI 48195 | |
| 22102183 | Fricano & Weber PLLC | 54 Technology Way, Suite 4E2 | Nashua, NH 03060 | | |
| 22102184 | Internal Revenue Service | PO Box 8208 | Philadelphia, PA 19101 | | |
| 22102185 | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| 22102186 | Sunset Mediation | 230 Amherst St., Suite 121 | Nashua, NH 03063 | | |
| 22102187 | The New Hampshire Department of Revenue | 109 Pleasant Street | Concord, NH 03301 | | |
| 22102188 | Veronique Roussel–Groff | 89 Pleasant St. | North Andover, MA 01845 | | |

TOTAL: 11