# United States Bankruptcy Court

_____District Of _____

In re _Nicholas Groff_ , Case No. _1-26-10927- TPL_
Debtor(s)

## APPEARANCE OF CHILD SUPPORT CREDITOR*
## OR REPRESENTATIVE

I certify under penalty of perjury that I am a child support creditor* of the above-named debtor, or the authorized representative of such child support creditor, with respect to the child support obligation which is set out below.

Name: _Veronique Roussel-Groff_

Organization:
Address: _89 Pleasant Street, N. Andover, MA 01845_

Telephone Number: _603 425 96 92_

_4/3/2026_
Date

X _____
Child Support Creditor* or Authorized Representative

---

### Summary of Child Support Obligation

Amount in arrears:

$ _34,381.51_

Amount currently due per week or per month:
on a continuing basis:

$ _1,965.00_
(per week) (per month)

If Child Support has been assigned:

Amount of Support which is owed under assignments:

$ _338 weekly / $1465 monthly_

Amount owed primary child support creditor (balance not assigned):

$ _1465_

**Attach an itemized statement of account. Do not disclose the name of a minor child. See 11 U.S.C. § 112. If a social security number or a taxpayer identification number is included, set out only the last four digits of the number. Judicial Conference Privacy Policy (09/01).**

---

* Child support creditor includes both creditor to whom the debtor has a primary obligation to pay child support as well as any entity to whom such support has been assigned, if pursuant to Section 402(a)(26) of the Social Security Act or if such debt has been assigned to the Federal Government or to any State or political subdivision of a State.