| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Veronique Roussel-Groff | DEFENDANTS<br>Nicholas M. Groff |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br><br>Plaintiff, Pro Se<br>89 Pleasant Street<br>North Andover, MA 01845<br>(603) 425-9692 | **ATTORNEYS** (If Known)<br><br>Peter D. Grubea, Esq.<br>Law Office of Peter D. Grubea<br>6225 Sheridan Drive, Suite 203<br>Williamsville, NY 14221; (716) 853-1366 |
| **PARTY** (Check One Box Only)<br><br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br><br>☑ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Determination that court-ordered private-school tuition obligations are domestic support obligations under 11 U.S.C. § 101(14A);
prepetition arrears have priority under § 507(a)(1) and are nondischargeable under §§ 523(a)(5) and 1328(a)(2); postpetition
tuition installments are ongoing support obligations; and declaratory or limited stay relief is warranted under §§ 362(b)(2) and 362(d)(1).

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) - Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(b) - Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) - Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) - Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) - Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(f) - Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**FRBP 7001(f) - Dischargeability (continued)**
- ☑ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(g) - Injunctive Relief**
- ☐ 71-Injunctive relief - imposition of stay
- ☐ 72-Injunctive relief - other

**FRBP 7001(h) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
- ☑ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
- ☐ 02-Other (e.g. other actions that would have been brought in state court (if unrelated to bankruptcy case)

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand ~~$6.50~~ $29,201.32 |

Other Relief Sought
Declaratory and equitable relief; priority classification; postpetition support determination; and stay certification or limited relief.

**B1040 (FORM 1040) (12/24)**

<table>
<tr><td colspan="4"><strong>BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES</strong></td></tr>
<tr><td colspan="2"><strong>NAME OF DEBTOR</strong><br>Nicholas M. Groff</td><td colspan="2"><strong>BANKRUPTCY CASE NO.</strong><br>1-26-10927-~~BUC~~ TPL</td></tr>
<tr><td colspan="2"><strong>DISTRICT IN WHICH CASE IS PENDING</strong><br>Western District of New York</td><td><strong>DIVISION OFFICE</strong><br>~~Buffalo~~ Niagara Falls</td><td><strong>NAME OF JUDGE</strong><br>~~Hon. Carl L. Bucki~~</td></tr>
<tr><td colspan="4"><strong>RELATED ADVERSARY PROCEEDING (IF ANY)</strong></td></tr>
<tr><td><strong>PLAINTIFF</strong><br>None</td><td colspan="2"><strong>DEFENDANT</strong><br>None</td><td><strong>ADVERSARY PROCEEDING NO.</strong><br>N/A</td></tr>
<tr><td colspan="2"><strong>DISTRICT IN WHICH ADVERSARY IS PENDING</strong><br>N/A</td><td><strong>DIVISION OFFICE</strong><br>N/A</td><td><strong>NAME OF JUDGE</strong><br>N/A</td></tr>
<tr><td colspan="4"><strong>SIGNATURE OF ATTORNEY (OR PLAINTIFF)</strong></td></tr>
<tr><td colspan="2"><strong>DATE</strong><br>8/4/2026</td><td colspan="2"><strong>PRINT NAME OF ATTORNEY (OR PLAINTIFF)</strong><br>Veronique Roussel-Groff</td></tr>
</table>

## INSTRUCTIONS

The filing of a bankruptcy case creates an estate under the jurisdiction of the bankruptcy court. Lawsuits concerning property of the estate or the debtor's discharge are called adversary proceedings.

A party filing an adversary proceeding must complete and file Form 1040 unless the proceeding is filed electronically through CM/ECF. The cover sheet does not replace the complaint or any other pleading required by law or court rule.

Plaintiffs and Defendants. Give the names exactly as they appear on the complaint.

Attorneys. Give the names and addresses of the attorneys, if known.

Party. Check the most appropriate box for each side.

Demand. Enter the dollar amount demanded in the complaint.

Signature. The attorney of record must sign. If the plaintiff is pro se, the plaintiff must sign.