B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

_Western_ District Of _New York_

In re _Nicholas M. Goff_ )    Case No. _1-26-10927-TPL_
      Debtor                    )
                                )    Chapter _13_
_Veronique Roussel-Goff_  )
      Plaintiff                 )
                                )
       v.                       )    Adv. Proc. No. _____
_Nicholas Goff_            )
      Defendant                 )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

_89 Pleasant Street_
_North Andover, MA 01845_

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____     By: _____ (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _Veronique Roussel-Goff_ (name), certify that service of this summons and a copy of the complaint was made ___8/4/2026___ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: _Attorney Peter Grubea_
_6225 Sheridan Drive, Suite 203_
_Williamsville, NY 14221_

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _8/4/2026_    Signature _____

Print Name: _Veronique Roussel-Goff_

Business Address: _89 Pleasant St_
_N. Andover, MA 01845_