# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

## COVER SHEET FOR SCHEDULES, STATEMENTS, LISTS AND/OR AMENDMENTS

Case Name: Nicholas M. Groff     Case No. 1-26-10927     Chapter 13

**A. IDENTIFY TYPE OF DOCUMENT BEING FILED:** *(Select either 1, 2 or 3)*

- ☑ 1- **Amendment** to Previously Filed Document *(Go to Sec. B)*
- ☐ 2 - Schedule/Statement **Not Previously Filed** *(Go to Sec. B)*
- ☐ 3 - Schedule of **Post-Petition Debts** (result of conversion–no fee due) *(Go to Sec. D)*

**B. SUMMARIZE SPECIFICS OF DOCUMENT BEING FILED BY CHECKING APPLICABLE DATA ELEMENTS:**

- ☐ Official Form **101:** ☐ Part 1 ☐ Part 2 ☐ Part 3 ☐ Part 4 ☐ Part 5 ☐ Part 6 ☐ Part 7
- ☐ Official Form **106Sum:** Summary of Your Assets and Liabilities and Certain Statistical Information
- ☑ Official Form **106Dec:** Declaration About an Individual Debtor's Schedules
- ☐ Official Form **107/207:** Statement of Financial Affairs
- ☐ Official Form **108:** Statement of Intention for Individuals Filing Under Chapter 7
- ☑ Schedules: ☐ Schedule A/B ☐ Schedule C ☐ Schedule D ☑ Schedule E/F ☐ Schedule G ☐ Schedule H ☐ Schedule I ☐ Schedule J ☐ Schedule J-2
- ☐ Official Form **113:** Chapter 13 Plan
- ☐ Official Form **201:** Question#: ____________ ☐ Official Form **201A** (Ch 11 Non-Individuals)
- ☐ Form **2030:** Disclosure of Compensation of Attorney for Debtor
- ☐ Other: ____________

***FOR CHANGES AFFECTING SCHEDULES D, E/ F, THE LIST OF CREDITORS, MATRIX OR MAILING LIST, PROCEED TO SECTION 'C' OF THIS FORM. OTHERWISE, PROCEED TO SECTION 'D'.***

**C. CREDITOR/SCHEDULE INFORMATION:** *(Select either 1, 2 or 3)*

☐ 1 - **No Creditors** are being added or deleted.

☑ 2 - **Creditors are being added or deleted** by this amendment/schedule, AND

- ☑ **$34.00** is attached
- ☑ A matrix in the format prescribed by the Clerk with the complete names and addresses of the parties added is attached. Do not repeat creditor information from a previously filed matrix. The Clerk's office will not delete creditors unless a motion to delete creditors is granted.

☐ 3 - **Schedules of creditors (Schedules D, E/F), list of creditors, matrix or mailing list is being amended** for purposes other than adding or deleting creditors.

- ☐ **$34.00** fee is attached [e.g. changing amount of a debt or classification of a debt].
- ☐ The fee does not apply [e.g. change of address of a creditor or change of attorney].

**D. CERTIFICATION OF SERVICE, ATTORNEY'S DECLARATION AND DEBTOR'S UNSWORN DECLARATION**

**CERTIFICATION OF SERVICE:** Attach an "Affidavit of Service" listing each party served with a copy of the referenced document(s), this cover sheet and a copy of the §341 Meeting Notice (if applicable). Be sure to include the U.S. Trustee and the Case Trustee.

**DECLARATION OF ATTORNEY** ***[Attorney OR Debtor, if pro se, must sign.]*****:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of Court as a complete and accurate summary of the information contained in the documents attached**.**

Dated: September 9, 2026     Signature: /s/ Peter D. Grubea
Peter D. Grubea

**DECLARATION OF DEBTOR(S)**: ***[Required if declaration is not completed on the document(s) itself or by separate instrument.]***
I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., consisting of __ sheets, numbered 1 through __, and that they are true and correct to the best of my knowledge, information and belief.

Dated: ____________     Signature: ____________ (debtor)