**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

---

In Re:

Nicholas M. Groff

Debtor(s)

Case No.: 1−26−10927−TPL
Chapter: 13

SSN: xxx−xx−6458

---

# DEFICIENCY NOTICE

Docket # ***22*** − Amended Chapter 13 Plan (before confirmation) (RE: related document(s)2 Chapter 13 Plan filed by Debtor Nicholas M. Groff) (Attachments: # 1 Certificate of Service) Filed on behalf of Debtor Nicholas M. Groff (Grubea, Peter)

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[ ] Amendment:
  [ ] Amended Schedules must be served upon the supplemental creditors.
  [ ] It appears creditors are being added as the fee was paid, however, a mailing matrix listing only the new creditors was not filed. The Court will not determine which creditors are being added. To efile and avoid paying a fee in error: Bankruptcy > Other > Mailing Matrix.

[ ] The caption on the document filed does not match the case caption in CM/ECF.

[ ] Cover Sheet:

[ ] Certificate of service:

[ ] Proposed Order:

[ X ] Chapter 13 Plan: Certificate of Service does not include all creditors.

[ ] Other:

**<u>ADDITIONAL INFORMATION</u>:**

[ ] This motion **WILL NOT** be considered by the Court.

[ ] To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.

[ ] To efile, **Bankruptcy >**

***Questions regarding this notice should be directed to the Rochester Clerk's Office at 585−613−4200.**

Date: September 9, 2026

Michael T. Powers, Clerk of the Bankruptcy Court
By: Amy A., Deputy Clerk

Form dfyother/Doc 24
www.nywb.uscourts.gov