# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 9/9/2026 |
| Case: 1−26−10927−TPL | Form ID: dfyntc | Total: 2 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Peter D. Grubea | court@grubealaw.com |

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Nicholas M. Groff | 9138 Shantz Avenue | Niagara Falls, NY 14304 |

TOTAL: 1