**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**In Re: Nicholas Groff** | **Bk. No 26-10927**
**Chapter 13 Bankruptcy**

**Debtor**

---

## AFFIRMATION OF MAILING

The undersigned, Kristin Pawlak, hereby affirms under penalty of perjury, that the deponent is not a party to this action and is over 18 years of age; that on the 10th day of September, 2026 deponent served copies of the Amended Attorney Fee Disclosure upon the persons listed below by depositing same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of a United States Post Office within the State of New York.

TO:

Office of the United States Trustee
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202

/s/ Kristin Pawlak________________
Kristin Pawlak

Date: September 10, 2026