United States Bankruptcy Court
Western District of New York

In re: Case No. 26-10927-TPL
Nicholas M. Groff Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-1 User: admin Page 1 of 1
Date Rcvd: Sep 09, 2026 Form ID: dfyntc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas M. Groff, 9138 Shantz Avenue, Niagara Falls, NY 14304-2867 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Julie Philippi | ecfbuffalo13@gmail.com jphilippi13@ecf.epiqsystems.com;trusteeNYWB0U@ecf.epiqsystems.com |
| Peter D. Grubea | on behalf of Debtor Nicholas M. Groff court@grubealaw.com DeMarco.JoeR114940@notify.bestcase.com |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

---

In Re:

Nicholas M. Groff

Debtor(s)

Case No.: 1−26−10927−TPL
Chapter: 13

SSN: xxx−xx−6458

---

## DEFICIENCY NOTICE

Docket # ***22*** **–** Amended Chapter 13 Plan (before confirmation) (RE: related document(s)2 Chapter 13 Plan filed by Debtor Nicholas M. Groff) (Attachments: # 1 Certificate of Service) Filed on behalf of Debtor Nicholas M. Groff (Grubea, Peter)

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[ ] Amendment:
 [ ] Amended Schedules must be served upon the supplemental creditors.
 [ ] It appears creditors are being added as the fee was paid, however, a mailing matrix listing only the new creditors was not filed. The Court will not determine which creditors are being added. To efile and avoid paying a fee in error: Bankruptcy > Other > Mailing Matrix.

[ ] The caption on the document filed does not match the case caption in CM/ECF.

[ ] Cover Sheet:

[ ] Certificate of service:

[ ] Proposed Order:

[ X ] Chapter 13 Plan: Certificate of Service does not include all creditors.

[ ] Other:

**ADDITIONAL INFORMATION:**

[ ] This motion **WILL NOT** be considered by the Court.

[ ] To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.

[ ] To efile, **Bankruptcy >**

***Questions regarding this notice should be directed to the Rochester Clerk's Office at 585−613−4200.**

Date: September 9, 2026

Michael T. Powers, Clerk of the Bankruptcy Court
By: Amy A., Deputy Clerk

Form dfyother/Doc 24
www.nywb.uscourts.gov